IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. BRADLEY | CIVIL ACTION |
| VS. | NO. 02-4755 |
| HONEYWELL INTERNATIONAL, INC. | |

### ORDER

AND NOW, this 31st of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Mary A. McLaughlin to the Honorable Herbert J. Hutton.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court